| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Gardner, James, Kn II | 2. Court or Organization Eastern District of PA | 3. Date of Report 5/31/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge – Active | 5. ReportType (check appropriate type) ● Nomination, Date ○ Initial  ⦿ Annual  ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address Edward N. Cahn U.S. Courthouse 504 W. Hamilton Street, #4701 Allentown, PA 18101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer, Director | Allentown Symphony Association |
| 2. | Director | Boys and Girls Club of Allentown, Inc. |
| 3. | Director | Police Athletic League, Inc. |
| 4. | Custodian | Brokerage Account #2: UIPA/UGMA |
| 5. | Custodian | Brokerage Account #3: UPIA/UGMA |
| 6. | General Partner (passive investment) | 1/6 share of Rental Property #1 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |

FINANCIAL DISCLOSURE OFFICE

2005 JUN 14 A 11:07

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | self-employed realtor |
| 2 | 2004 | self-employed piano teacher |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - ( o such reportable reimbursement.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. The New York Intellectual Property Law Association (NYIPLA) | March 26-27, New York, NY--82nd Annual Dinner in Honor of the Federal Judiciary (Food and Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Johnson Capital | 1/6 share Mortgage on Rental Property #1, Torrence, California (Pt. VII, line 1) | O |
| 2. Marriott Rewards Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Sovereign Bank          Accounts | B | Interest | M | T | | | | | |
| 4. IRA #1 (Evergreen Foundation Fund Class B) | A | Dividend | J | T | | | | | |
| 5. Brokerage Account #1: | | | | | | | | | |
| 6. CITIBANK NA          Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. Disney - Common Stock | A | Dividend | J | T | | | | | |
| 8. Aim Basic Value Fund          Class A - Mutual Fund | | None | J | T | Part. Sale | 5/20 | J | A | N/A |
| 9. | | None | | | Sell | 8/9 | J | A | N/A |
| 10. SB Small Cap Value Fund     Class B - Mutual Fund | | None | | | Sell | 5/20 | J | B | N/A |
| 11. SB Fundamental Value Fund  Class A - Mutual Fund | | None | J | T | | | | | |
| 12. SB Convertible Fund  Class C - Mutual Fund     See Part VIII | A | Dividend | | | Sell | 5/20 | J | A | N/A |
| 13. Royce Value Trust Inc. -  Mutual Fund | | None | | | Sell | 5/20 | J | A | N/A |
| 14. Altoona City Authority Water Revenue Bond | A | Interest | K | T | | | | | |
| 15. General Motors Acceptance Corp - SmartNotes - Bond | A | Interest | | | Sell | 3/15 | J | | N/A |
| 16. Ford Motor Company - Bond | A | Interest | J | T | | | | | |
| 17. SB Appreciation Fund - Class A - Mutual Fund | A | Dividend | J | T | | | | | |
| 18. SB Capital Preservation Fund II - Class B - Mutual Fund | | None | | | Sell | 12/14 | J | A | N/A |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,001-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Calamos Conv. & High Income Fund - Bond | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 20. Sterling Savings Bank - Certificate of Deposit | | None | J | T | Buy | 5/20 | J | | N/A |
| 21. Amcore Bank, N.A. - Certificate of Deposit | A | Interest | J | T | Buy | 5/20 | J | | N/A |
| 22. Anchorbank, F.S.B. - Certificate of Deposit | A | Interest | J | T | Buy | 5/20 | J | | N/A |
| 23. SB Exchange Reserve Fund Class B - Mutual Fund | A | Dividend | | | Buy | 5/20 | J | | N/A |
| 24. | | None | | | Sell | 12/14 | J | | N/A |
| 25. SB Exchange Reserve Fund Class C - Mutual Fund | A | Dividend | | | Buy | 5/20 | J | | N/A |
| 26. | | None | | | Sell | 12/14 | J | | N/A |
| 27. Progress Energy, Inc. - Common Stock | A | Dividend | J | T | Bu | 5/20 | J | | N/A |
| 28. | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 29. Amgen, Inc. - Common Stock | | None | J | T | Buy | 6/4 | J | | N/A |
| 30. 3M Company - Common Stock | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 31. Wells Fargo & Company - Common Stock | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 32. Calamos Strategic Total Return Fund - Equity Fund | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 33. Liberty All Star Equity Fund | A | Dividend | J | T | Buy | 6/4 | J | | N/A |
| 34. Aim European Growth Fund Class A - Mutual Fund | A | Dividend | J | T | Buy | 8/9 | J | | N/A |
| 35. SB Capital and Income Fund Class B - Mutual Fund | A | Dividend | J | T | Buy | 12/14 | J | | N/A |
| 36. Luzerne County PA Water Revenue Bond | | None | J | T | Buy | 12/14 | J | | N/A |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Brokerage Account #2 (Custodial Account #1) See Part VIII | | | | | Redemption | 5/20 | J | | N/A |
| 38. Brokerage Account #3 (Custodial Account #2): | | | | | | | | | |
| 39. CITIBANK NA - Bank Deposit Program | A | Interest | K | T | | | | | |
| 40. Progress Energy Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 41. General Motors Acceptance Corp SmartNotes - Bond due 3/15/04 | A | Interest | | | Sell | 3/15 | J | | N/A |
| 42. General Motors Acceptance Corp SmartNotes - Bond due 3/15/05 | A | Interest | J | T | | | | | |
| 43. SB Aggressive Growth Fund Class B - Mutual Fund | | None | | | Sell | 5/17 | J | A | N/A |
| 44. SB Small Cap Value Fund Class A - Mutual Fund | A | Dividend | | | Sell | 5/17 | J | C | N/A |
| 45. SB Fundamental Value Fund Class A - Mutual Fund | | None | | | Sell | 5/17 | J | | N/A |
| 46. SB Capital and Income Fund Class A-Mut. Fund - See Part VIII | A | Dividend | | | Sell | 5/17 | J | | N/A |
| 47. SB Convertible Fund Class A - Mutual Fund | A | Dividend | | | Sell | 5/17 | J | A | N/A |
| 48. SB Mid Cap Core Fund Class A - Mutual Fund | | None | | | Sell | 5/17 | J | | N/A |
| 49. Royce Value Trust Inc. - Mutual Fund | A | Dividend | | | Sell | 5/17 | J | | N/A |
| 50. Household Finance Internotes - Bond | A | Interest | J | T | | | | | |
| 51. Western Bank Puerto Rico - Certificate of Deposit | A | Interest | | | Redeem | 6/3 | J | | N/A |
| 52. SB S&P 500 Index Shares - Mutual Fund | A | Dividend | | | Sell | 5/17 | J | A | N/A |
| 53. Amcore Bank, N.A. - Certificate of Deposit | A | Interest | K | T | Buy | 5/17 | K | | N/A |
| 54. | A | Interest | J | T | Buy | 5/18 | J | | N/A |

1. Income Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(x)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Millennium Bank, NA - Certificate of Deposit | A | Interest | K | T | Buy | 5/17 | K | | N/A |
| 56. Guaranty Bank, S.S.B. - Certificate of Deposit | | None | | | Buy | 5/17 | K | | N/A |
| 57. | A | Interest | | | Redeem | 11/26 | K | | N/A |
| 58. Freemont Investment & Loan - Certificate of Deposit | | None | | | Buy | 5/18 | J | | N/A |
| 59. | A | Interest | | | Redeem | 8/26 | J | | N/A |
| 60. Microsoft - Common Stock | | None | J | T | Buy | 12/14 | J | | N/A |
| 61. Brokerage Account #4 | | | | | | | | | |
| 62. GE - Common Stock | A | Dividend | J | T | | | | | |
| 63. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 64. SB Appreciation Fund Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 65. SB Capital Preservation Fund II Class B - Mutual Fund | A | Dividend | J | T | | | | | |
| 66. End of Brokerage Account #4 | | | | | | | | | |
| 67. Time Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |
| 68. IRA #2 (Legg Mason) | | | | | | | | | |
| 69. American Funds US Gov't Gtd. Secs. Fund Class C-Mutual Fund | A | Dividend | | | Sell | 3/12 | K | | N/A |
| 70. Legg Mason Special Investment Trust - Equity Fund | A | Dividend | J | T | Buy | 3/17 | J | | N/A |
| 71. Royce Total Return Fund Consultant - Equity Fund | A | Dividend | J | T | | | | | |
| 72. Van Kampen Equity & Income Class C - Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Florida Community Bank - Certificate of Deposit | A | Interest | J | T | Redeem | 3/15 | J | | N/A |
| 74. Putnam Mid Cap Value Fund Class C - Mutual Fund | A | Dividend | J | T | Buy | 3/17 | J | | N/A |
| 75. Gov't Nat'l Mtg. Assn. Class WA - Bond | A | Interest | | | Part Redeem | 1/20 | J | | N/A |
| 76. | A | Interest | | | Part Redeem | 2/20 | J | | N/A |
| 77. | A | Interest | | | Part Redeem | 3/20 | J | | N/A |
| 78. | A | Interest | | | Part Redeem | 4/20 | J | | N/A |
| 79. | A | Interest | | | Final Redeem | 5/20 | J | | N/A |
| 80. American Funds: Growth Fund America, Inc. Class C-Mut. Fund | | None | J | T | Buy | 3/12 | J | | N/A |
| 81. Legg Mason Value Trust - Equity Fund | | None | J | T | Buy | 3/17 | J | | N/A |
| 82. American High Income Fund Exchange Class C - Mutual Fund | A | Dividend | J | T | Buy | 3/12 | J | | N/A |
| 83. American Balanced Fund Inc. Class C - Mutual Fund | A | Dividend | J | T | Buy | 3/12 | J | | N/A |
| 84. Cisco Systems Inc. - Equity | | None | J | T | Buy | 3/26 | J | | N/A |
| 85. Legg Mason Opportunity Trust - Mutual Fund | | None | J | T | Buy | 3/26 | J | | N/A |
| 86. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | Buy | 3/26 | J | | N/A |
| 87. UIT First Trust - Investment Trust | A | Dividend | J | T | Buy | 3/26 | J | | N/A |
| 88. Lincoln National Life Insurance Co - Annuity | | None | L | T | Buy | 3/18 | K | | N/A |
| 89. Gov't Nat'l Mtg. Assn. Class CA - Bond | A | Interest | J | T | Buy | 6/4 | J | | N/A |
| 90. | A | Interest | J | T | Part Redeem | 8/20 | J | | N/A |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James, Knoll | 5/31/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | A | Interest | J | T | Part Redeem | 9/20 | J | | N/A |
| 92. | A | Interest | J | T | Part Redeem | 10/20 | J | | N/A |
| 93. | A | Interest | J | T | Part Redeem | 11/20 | J | | N/A |
| 94. | A | Interest | J | T | Part Redeem | 12/20 | J | | N/A |
| 95. New York Life Whole Life | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$6,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. Re Part VII, Line 12: As of April 2004 the former Smith Barney Convertible Fund Class L mutual fund (as reported in Part VII, line 13 of the 2003 report dated May 15, 2004) converted from Class L to Class C (as reported in Part VII, line 12 of this report).

2. Re Part VII, Line 37: Brokerage Account #2 (Custodial Account #1) does not qualify for reporting this period because the account owner is over age 21 and is not a dependent of the reporting person within the meaning of the Internal Revenue Code of 1986 (26 U.S.C. §152), and therefore is not a dependent child as defined in section 102(e)(2) of the Ethics in Government Act of 1978, as amended, 5 U.S.C. §102(e)(2). Moreover, the account does not qualify for reporting this period because its sole asset (City Bank, NA, Bank Deposit Program) was redeemed on May 20, 2004 and therefore did not have a fair market value in excess of $1,000 at the end of the current year (December 31, 2004) and because income in excess of $200 from the asset was not received during the current reporting period.

3. Re Part VII, line 46: On March 31, 2003 the former Smith Barney Premium Total Return Fund Class A mutual fund (as reported in Part VII, line 31 of the 2003 report dated May 15, 2004) changed its name to Smith Barney Capital and Income Fund Class A mutual fund (as reported in Part VII, line 36 of the 2003 report, and subsequently reported in Part VII, line 46 of this report).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children. if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date __May 31, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544